CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RKJ
JAN 0 6 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEVIN JOHNSON, # 185492, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05cv00728 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BIRG E. SARGENT, et al., | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); and, this case will be **STRICKEN** from the active docket of the court

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 6th day of January, 2006.

Senior United States District Judge

19